UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Docket No. 08-CR-429-KSH |
| ADEYEMO POPOOLA : | Order for Temporary Release Of Defendant's Passport |
| Defendant. : | |

This matter having come before the Court by the defendant Adeyemo Popoola by his attorney Paul E. Warburgh, Jr. and the United States appears by Ralph J. Marra, United States Attorney, Grace Park, Assistant U.S. Attorney on the defendant's request to have the defendant's passport now maintained by Pre-trial Services as part of his release conditions temporarily given to defendant's attorney Paul E. Warburgh, Jr., for immigration and identification purposes and with the consent of the United States it is

ORDERED that Pre-trial Services give the defendant's passport to attorney Paul E. Warburgh, Jr. temporarily and that the said passport be returned within 48 hours from the time of delivery if not sooner. The passport shall remain in the custody of attorney Paul Warburgh at all times until Returned to pretrial Services.

Dated May 18, 2009

Hon. Katharine S. Hayden
United States District Judge